IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-09-00219 |
| v. | ) | |
| | ) | |
| NESHERYL SUMMERS | ) | |

## O R D E R

Pursuant to the order entered September 13, 2010 (Docket Entry No. 24), a status conference was held on September 17, 2010, at which time counsel for the government, counsel for the defendant, and Jeff Dill, Deputy U.S. Marshal, appeared, and at which time defendant's counsel requested additional time to meet with the new Sheriff of Robertson County and/or the new jail administrator of the Robertson County Jail to determine if the issues related to the defendant's medical needs could be resolved.[1]

The defendant shall notify the Court by October 15, 2010, if she has been unable to resolve those issues and if she requests that further proceedings be scheduled relating to her medical concerns.

In the event that the defendant does seek a further hearing in this case, the defendant shall file a motion, setting out her allegations with specificity, and attaching copies of any relevant medical records.

If the Court has not heard from the defendant by October 15, 2010, it will be assumed that there is no further need for any additional proceedings to be scheduled.

Inasmuch as the need for any further proceedings in United States v. Lindsley, 3-09-00294, has been rendered moot by the defendant's having been moved from the Robertson County Jail and

---

[1] Deputy Dill advised that, on August 18, 2010, he had approved a request from the Robertson County Jail for funding for the defendant to see a specialist for her hernia, but that he had not received a request for additional medical treatment for her water retention condition.

by order separately entered in that case, no further hearing will be scheduled in that case. Therefore, the defendant's motion to join (Docket Entry No. 21) is DENIED as MOOT.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:09-cr-00219   Document 26   Filed 09/20/10   Page 2 of 2 PageID #: 64